Ryan Ballard, ISBN 9017
Ballard Law, PLLC
P.O. Box 38
Rexburg, ID 83440
P: (208) 359-5532
F: (208) 485-8528
ryanballardlaw@gmail.com

Attorney for Plaintiff

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF IDAHO

| | | |
|---|---|---|
| ADAM SMITH, | ) | |
| | ) | Case No. 1:15-cv-222 |
| PLAINTIFF, | ) | |
| | ) | **NOTICE OF DISMISSAL** |
| v. | ) | **WITH PREJUDICE** |
| | ) | |
| CDI AFFILIATED SERVICES, INC., | ) | |
| | ) | |
| DEFENDANT. | ) | |
| ——————————————— | ) | |

COMES NOW the Plaintiff Adam Smith, by and through his counsel of record,

Ryan A. Ballard of Ballard Law, PLLC, and lodges this notice of dismissal with prejudice as the

parties have resolved their issues and Plaintiff no longer wishes to pursue this action.

DATED: August 10, 2015.

/s/ Ryan A. Ballard
Ryan A. Ballard
Ballard Law, PLLC